McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:08-MJ-0414 DAD |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING/ARRAIGNMENT DATE AND EXCLUDING TIME** |
| v. | ) | |
| ROGELIO MACEDO, | ) | |
| Defendant. | ) | |

The above case is scheduled for a preliminary hearing/arraignment for December 8, 2008, at 2:00 p.m. Counsel for the parties have met and agreed to continue that hearing to December 15, 2008, at 2:00, to allow them to review and discuss the matter prior to the government presenting the matter to the grand jury for possible indictment. Defense counsel has also agreed that the 20 day time requirement under Rule 5.1(c) should be extended to December 15, 2008. It is therefore requested that the Court grant the requested continuance and exclusion of time.

Dated: December 12, 2008

McGREGOR W. SCOTT
U.S. Attorney

by      /s/ Richard J. Bender
         RICHARD J. BENDER
         Assistant U.S. Attorney

Dated: December 12, 2008        /s/ Richard J. Bender for
                                MICHAEL PLATT

1

1  STIPULATION/ORDER CONTINUING
   PRELIMINARY HEARING/ARRAIGNMENT DATE
2  (Page 2)

4        SO ORDERED.

5  DATED:  December 3, 2008.

   _____
   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE